No. 73–1780. DITLOW ET AL. *v.* BRINEGAR, SECRETARY OF TRANSPORTATION, ET AL. C. A. D. C. Cir. Motion to defer consideration and certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.